UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAHRON BLACK, individually and on behalf of all others similarly situated,

                                         Plaintiffs,

         -against-

SABON WEB, LLC.

                                         Defendant.
-----------------------------------------------------------------X

Case No. 1:23-cv-8091

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 14, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Smith, Gambrell & Russell, LLP |
| By: _/s/ Mars Khaimov_ | By: _Daniel S. Goldstein_ |
| Mars Khaimov, Esq. | Daniel S. Goldstein, Esq. |
| 100 Duffy Avenue, Suite 510 | 1301 Avenue of the Americas, 21st Floor |
| Hicksville, New York 11801 | 646-887-9521 |
| Tel.: 929.324.0717 (direct) | New York, NY 10019 |
| mars@khaimovlaw.com | dgoldstein@sgrlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

So Ordered.
S/ Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 4/1/24

4895-5040-3388.1